UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JUSTIN CARL MEYERS | ) | CASE NO. 14-40438-MGD |
| | ) | |
| Debtors, | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - | )- - - - - | - - - - - - - - - - - - - - - - - - - |
| | ) | |
| HEADWATERS FINANCIAL CORPORATION | ) ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| JUSTIN CARL MEYERS | ) | |
| | ) ) | |
| Respondent, | ) | |

**AFFIDAVIT OF NON-COMPLIANCE**

**STATE OF GEORGA**

**COUNTY OF FULTON**

Headwaters Financial Corp ("Movant") made written demand on counsel for

Debtor for proof of insurance on the Collateral as defined in the *Consent Order Denying*

*Movant's Motion to Lift Stay* [Doc. No. 48]. To date, there is no insurance on the Collateral and Debtor has failed to provide proof of insurance on the Collateral pursuant to the written demand for same by Movant.

In the Consent Order issued by this Court on *Movant's Motion to Lift Stay,* the following provision is included and applies.

**FURTHER ORDERED** *that should Debtor fail to make payments as required under the Confirmed Chapter 13 Plan **or fail to maintain full coverage insurance** on the Collateral at all times until the Collateral is paid off under the Chapter 13 Plan or otherwise, Movant shall provide written notice to Debtors' Counsel via e-mail stating that Debtor is delinquent on Chapter 13 Plan payments or that Debtor has failed to maintain the required full coverage insurance on the Collateral whichever may occur and that Debtor shall be given 20 days to cure the delinquency, ("Default Notice"). From the date that this Consent Order is entered, Movant shall only be required to deliver one (1) Default Notices to Debtor's Counsel in any twenty (24) month period during the term of the Plan. A second element of default within the said twenty four (24) month period will enable counsel for Movant to file an affidavit with the Court stating that Debtor has failed to comply with this Consent Order and the Automatic Stay shall be deemed modified to allow Movant to acquire possession of the Collateral and dispose of it as provided under applicable Bankruptcy and State law including but not limited to GANB Local Rule 4001-1. It is*

**FURTHER ORDERED** *that any overage in payment realized from the disposition*

*of the Collateral in the satisfaction of Debtor's debt to Movant, shall be promptly delivered to the Chapter 13 Trustee upon receipt.*

Accordingly, in that Debtor has failed to cure the deficiency within 20 days as required in the said Consent Order, this Affidavit is presented which enables Movant to immediately repossess the Collateral and to dispose of the same.

This 5TH day of December, 2014

Affirmed and sworn by

/s/ Evan M. Altman
Evan M. Altman
Attorney for Movant
State Bar No. 014066
Northridge 400
8325 Dunwoody Place
Building Two
Atlanta, Georgia  30350
(770) 394-6466

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Affidavit of Non-compliance on the Court's Order denying the Lift of Stay by depositing same in the United States Mail and e-mail with adequate postage affixed thereto to assure delivery, addressed as follows:

Jeffrey B. Kelly, P.C.
107 East 5th Avenue
Rome, GA 30161

Mr. Justin C. Meyers
82 Pleasant Way
Temple, GA 30179

Brandy Kirkland, Esq.,
Mary Ida Townson, Esq.
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740


This 5th day of December, 2014.

/s/ Evan M. Altman
EVAN M. ALTMAN
Attorney for Movant
State Bar Number 014066

Northridge 400
8325 Dunwoody Place
Building Two
Atlanta, Georgia  30350
(770) 394-6466